IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BOTTOM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CATHERINE FORBES, et al.,<br><br>　　　　Defendants. | No. C 15-03794 JSW<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING ACTION TO STATE COURT** |

　　　　On August 19, 2015, Defendant Catherine Forbes, proceeding pro se, filed a notice of removal. On August 20, 2015, Magistrate Judge Maria-Elena James filed an order for the case to be reassigned to a district judge with a Report and Recommendation that the case be remanded to Alameda County Superior Court. The case was thereafter reassigned to the undersigned. The Court has received no objections to the Report and Recommendation.

　　　　Having considered the Report and Recommendation, the relevant legal authority, and the record in this case, the Court finds the Report and Recommendation thorough, well-reasoned, and correct. The Court accordingly adopts the Report and Recommendation in every respect and REMANDS this case to Alameda County Superior Court. The Clerk shall transfer the file forthwith.

　　　　**IT IS SO ORDERED.**

Dated: September 10, 2015

　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE